IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STRIKE 3 HOLDINGS, LLC** | : | **CIVIL ACTION** |
| v. | : | |
| **JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 71.185.197.82** | : | **NO.: 21-cv-01377** |

**O R D E R**

**AND NOW**, this **7ᵀᴴ** day of **APRIL 2021**, in accordance with the court's procedure for assignment of a United States Magistrate Judge to certain District Court Judges on a rotating basis, it is hereby,

**ORDERED** the United States Magistrate Judge assigned to the above-captioned case is the Honorable Richard A. Lloret.

FOR THE COURT:

JUAN R. SÁNCHEZ
Chief Judge

ATTEST:

*Kate Barkman*
**KATE BARKMAN**
Clerk of Court