UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| STRIKE 3 HOLDINGS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN DOE subscriber assigned IP Address )<br>71.185.197.82, )<br>)<br>Defendant. )<br>) | Civil Case No. 2:21-cv-01377-TJS<br><br>Judge Timothy J. Savage |

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(a)

**TO:** Clerk, United States District Court for the Eastern District of Pennsylvania
James A. Byrne United States Courthouse
601 Market St.
Philadelphia, PA 19106

John Doe subscriber assigned IP address 71.185.197.82 a/k/a ███████

Please enter on the docket a default against Defendant John Doe subscriber assigned IP address 71.185.197.82 a/k/a ███████ ("Defendant") pursuant to Fed. R. Civ. P. 55(a) for failure to answer or otherwise plead in response to the First Amended Complaint.

**THE ATKIN FIRM, LLC**

DATED: August 13, 2021

/s/ *John C. Atkin, Esq.*
JOHN C. ATKIN (326957)
55 Madison Avenue, Ste. 400
Morristown, NJ 07960
Tel: (973) 314-8010
JAtkin@AtkinFirm.com
*Attorneys for Plaintiff*