IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STRIKE 3 HOLDINGS, LLC** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **JOHN MCCOOL, aka John Doe** | : | |
| **Infringer Identified as using IP** | : | |
| **Address 71.185.197.82** | : | **NO. 21-1377** |

## ORDER

**NOW**, this 12th day of October, 2021, upon consideration of defendant's Motion for Entry of Default Judgment (Doc. No. 15), the entry of default against the defendant, and after a hearing at which defendant failed to appear, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of the plaintiff Strike 3 Holdings, LLC and against the defendant John McCool in the amount of thirty thousand seven hundred fifty dollars ($30,750.00) and costs in the amount of six hundred fifty-eight dollars and sixty-five cents ($658.65).

       /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.